Commonwealth ex rel. Fox *v.* Fox, Appellant.

Argued March 21, 1972.

*Robert F. Kelly,* with him *George E. Kearns, Jr.,* for appellant; *Stephen S. Smith,* with him *Baile, Thompson & Shea,* for appellee.

Order affirmed.

Commonwealth ex rel. Merrithew *v.* Merrithew, Appellant.

Argued March 24, 1972. *Roland J. Christy,* for appellant; *Eric L. Lilian,* for appellee.

Order affirmed.

Dibofsky *v.* Young et ux., Appellants.

Argued March 22, 1972. *G. Wayne Renneisen,* with him *Bruce D. Lombardo,* and *Harvey, Pennington, Herting and Renneisen,* for appellants; *Joseph Alessandroni, Jr.,* for appellees.

Order affirmed.